```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

RICKEY WHITE,                         :

    Petitioner,                    :

v.                                    :     CIVIL ACTION 12-0025-WS-M

RANDALL WORKMAN,                      :
Warden of Oklahoma
State Penitentiary,                   :

    Respondent.                    :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action and all pending motions be transferred to the Eastern District of Oklahoma.

DONE this 14th day of February, 2012.


                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE